Donald R. Cassling

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BROWN, LINDSEY A. | § | Case No. 11-00045 DRC |
| BROWN, JILL N. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $____ as interim compensation and now requests a sum of $____, for a total compensation of $____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/GINA B. KROL_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

Case 11-00045 INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT 09:42:28 Desc Main
Doc 30 Filed 08/25/14 Entered 08/25/14 09:42:28
Document ASSET CASES Page 3 of 13

Page: 1

| Case No: | 11-00045 | DRC | Judge: Donald R. Cassling | | Trustee Name: | GINA B. KROL | |
|---|---|---|---|---|---|---|---|
| Case Name: | BROWN, LINDSEY A. | | | | Date Filed (f) or Converted (c): | 01/03/11 (f) | Exhibit A |
| | BROWN, JILL N. | | | | 341(a) Meeting Date: | 03/08/11 | |
| For Period Ending: | 08/14/14 | | | | Claims Bar Date: | 06/21/11 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PRIMARY RESIDENCE - 1050 S. RT. 53, LOMBARD, IL | 194,500.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT - BANK OF AMERICA | 850.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT - AMERICAN FIRST CREDIT UNION | 220.00 | 0.00 | | 0.00 | FA |
| 4. FURNITURE - COUCH, TABLE & CHAIRS, BEDS, APPLIANCE | 3,200.00 | 0.00 | | 0.00 | FA |
| 5. WORK CLOTHES AND CHILDREN'S CLOTHING | 550.00 | 0.00 | | 0.00 | FA |
| 6. CHARLES SCHWAB IRA | 1,200.00 | 0.00 | | 0.00 | FA |
| 7. FIDELITY 401(K) | 23,000.00 | 0.00 | | 0.00 | FA |
| 8. FIDELITY 401(K) | 14,000.00 | 0.00 | | 0.00 | FA |
| 9. 1995 BMW SERIES 5 - 130,000 MILES | 6,000.00 | 0.00 | | 0.00 | FA |
| 10. 2000 FORD F-150 - 89,000 MILES | 4,500.00 | 0.00 | | 0.00 | FA |
| 11. TAX REFUND (u) | 0.00 | 6,476.00 | | 6,476.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.91 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $248,020.00 | $6,476.00 | | $6,476.91 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and file TFR

October 16, 2013, 04:57 pm

Initial Projected Date of Final Report (TFR): 12/31/20     Current Projected Date of Final Report (TFR): 07/31/14

/s/     GINA B. KROL
_____     Date: 08/14/14
     GINA B. KROL

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-00045 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | BROWN, LINDSEY A. | | Bank Name: | ASSOCIATED BANK |
| | BROWN, JILL N. | | Account Number / CD #: | *******0402 Checking Account |
| Taxpayer ID No: | *******5394 | | | |
| For Period Ending: | 08/14/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 6,382.99 | | 6,382.99 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.93 | 6,379.06 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.06 | 6,375.00 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.93 | 6,371.07 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.06 | 6,367.01 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,357.01 |
| 02/13/13 | 030001 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 5.51 | 6,351.50 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,341.50 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,331.50 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,321.50 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,311.50 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,301.50 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,291.50 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,281.50 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,271.50 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,261.50 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,251.50 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,241.50 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,231.50 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,221.50 |
| 04/01/14 | 030002 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 5.48 | 6,216.02 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,206.02 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 11-00045 -DRC | |
| Case Name: | BROWN, LINDSEY A. | |
| | BROWN, JILL N. | |
| Taxpayer ID No: | *******5394 | |
| For Period Ending: | 08/14/14 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0402 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Account *******0402 | | Balance Forward | 0.00 | | | |
| | 0 | Deposits | 0.00 | 2 | Checks | 10.99 |
| | 0 | Interest Postings | 0.00 | 19 | Adjustments Out | 165.98 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | | | | | Total | $ 176.97 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 6,382.99 | | | |
| | | Total | $ 6,382.99 | | | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-00045 -DRC | | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | BROWN, LINDSEY A. | | | Bank Name: | BANK OF AMERICA, N.A. |
| | BROWN, JILL N. | | | Account Number / CD #: | *******3921  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5394 | | | | |
| For Period Ending: | 08/14/14 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/21/11 | 11 | Lindsey & Jill Brown | | 1229-000 | 6,476.00 | | 6,476.00 |
| | | 1050 S. Rte. 53 | | | | | |
| | | Lombard, IL 60148 | | | | | |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 6,476.01 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,476.06 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,476.12 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,476.17 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,476.22 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,476.28 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,476.33 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,476.39 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.25 | 6,468.14 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,468.19 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.97 | 6,460.22 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,460.27 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.96 | 6,452.31 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,452.37 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.46 | 6,443.91 |
| 02/06/12 | 000301 | International Sureties | BOND | 2300-000 | | 5.81 | 6,438.10 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,438.15 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.65 | 6,430.50 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,430.55 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.91 | 6,422.64 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,422.69 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.16 | 6,414.53 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,414.58 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.15 | 6,406.43 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,406.48 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.61 | 6,398.87 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,398.93 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.39 | 6,390.54 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-00045 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | BROWN, LINDSEY A. | | Bank Name: | BANK OF AMERICA, N.A. |
| | BROWN, JILL N. | | Account Number / CD #: | *******3921  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5394 | | | |
| For Period Ending: | 08/14/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,390.59 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 7.60 | 6,382.99 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 6,382.99 | 0.00 |

| | Account *******3921 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 6,476.00 | 1 | Checks | 5.81 |
| | 18 | Interest Postings | 0.91 | 11 | Adjustments Out | 88.11 |
| | | | | 1 | Transfers Out | 6,382.99 |
| | | Subtotal | $ 6,476.91 | | | |
| | | | | | Total | $ 6,476.91 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 6,476.91 | | | |

| | Report Totals | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 6,476.00 | 3 | Checks | 16.80 |
| | 18 | Interest Postings | 0.91 | 30 | Adjustments Out | 254.09 |
| | | | | 1 | Transfers Out | 6,382.99 |
| | | Subtotal | $ 6,476.91 | | | |
| | | | | | Total | $ 6,653.88 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 6,382.99 | | | |
| | | Total | $ 12,859.90 | | Net Total Balance | $ 6,206.02 |

/s/    GINA B. KROL

Trustee's Signature: _____  Date: 08/14/14
GINA B. KROL

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

LFORM2T4

Ver: 18.00b

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: August 21, 2014 |

Case Number: 11-00045  
Debtor Name: BROWN, LINDSEY A.  
Claims Bar Date: 06/21/11  

Claim Class Sequence  
Joint Debtor: BROWN, JILL N.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $1,397.69 | $0.00 | $1,397.69 |
| BOND 999<br>2300-00 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Administrative | | $16.80 | $16.80 | $0.00 |
| 000001<br>070<br>7100-90 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $11,067.63 | $0.00 | $11,067.63 |
| 000002<br>070<br>7100-90 | American InfoSource LP as agent for WFNNB<br> as assignee of<br>Avenue<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Unsecured | | $203.11 | $0.00 | $203.11 |
| 000003<br>070<br>7100-90 | American InfoSource LP as agent for Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $6,112.82 | $0.00 | $6,112.82 |
| 000004<br>070<br>7100-90 | American First Credit<br>700 N. Harbor Blvd.<br>La Habra, CA 90631 | Unsecured | | $1,136.22 | $0.00 | $1,136.22 |
| 000005<br>070<br>7100-90 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | | $2,707.10 | $0.00 | $2,707.10 |
| 000006<br>070<br>7100-90 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $7,353.58 | $0.00 | $7,353.58 |
| 000007<br>070<br>7100-90 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $16,088.35 | $0.00 | $16,088.35 |
| 000008<br>080<br>7200-00 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Unsecured | | $279.59 | $0.00 | $279.59 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 21, 2014

Case Number: 11-00045
Debtor Name: BROWN, LINDSEY A.
Claims Bar Date: 06/21/11

Claim Class Sequence
Joint Debtor: BROWN, JILL N.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009 080 7200-00 | eCAST Settlement Corp, Assignee of Capital One, N.A.(BON TON) Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Unsecured | | $150.54 | $0.00 | $150.54 |
| | Case Totals: | | | $46,513.43 | $16.80 | $46,496.63 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-00045 DRC
Case Name: BROWN, LINDSEY A.
          BROWN, JILL N.
Trustee Name: GINA B. KROL

      Balance on hand                               $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____
    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000002 | American InfoSource LP as agent for WFNNB<br> as assignee of<br>Avenue<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | $ | $ | $ |
| 000003 | American InfoSource LP as agent for Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | $ | $ | $ |
| 000004 | American First Credit<br>700 N. Harbor Blvd.<br>La Habra, CA 90631 | $ | $ | $ |
| 000005 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |
| 000007 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | $ | $ | $ |

Total to be paid to timely general unsecured creditors  $_____

Remaining Balance  $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | eCAST Settlement Corporation c/o Bass & Associates, P.C. 3936 E Ft. Lowell, Suite 200 Tucson, AZ 85712 | $ | $ | $ |
| 000009 | eCAST Settlement Corp, Assignee of Capital One, N.A.(BON TON) Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | $ | $ | $ |

    Total to be paid to tardy general unsecured creditors      $_____

    Remaining Balance      $_____

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

    NONE