Donald R. Cassling

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
 §
 §
BROWN, LINDSEY A. § Case No. 11-00045 DRC
BROWN, JILL N. §
 §
 §
_____Debtor(s)_____ §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      KENNETH S. GARDNER
      219 S. Dearborn Street
      Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/26/2014 in Courtroom 240,
      Kane County Courthouse
      100 S. Third Street
      Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/21/2014      By: JEFFREY P. ALLSTEADT
              Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*

*CHICAGO, IL 60602-0000*

Case 11-00045 Doc 33 Filed 08/28/14 Entered 08/30/14 23:30:44 Desc Imaged
Certificate of Notice Page 2 of 8

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
 §
BROWN, LINDSEY A. § Case No. 11-00045 DRC
BROWN, JILL N. §
 §
 Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,476.91 |
| and approved disbursements of | $ | 270.89 |
| leaving a balance on hand of[1] | $ | 6,206.02 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 1,397.69 | $ 0.00 | $ 1,397.69 |
| Other: International Sureties | $ 16.80 | $ 16.80 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,397.69 |
| Remaining Balance | | $ | 4,808.33 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,668.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 11,067.63 | $ 0.00 | $ 1,191.36 |
| 000002 | American InfoSource LP as agent for WFNNB as assignee of Avenue<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | $ 203.11 | $ 0.00 | $ 21.86 |

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | American InfoSource LP as agent for Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | $ 6,112.82 | $ 0.00 | $ 658.01 |
| 000004 | American First Credit<br>700 N. Harbor Blvd.<br>La Habra, CA 90631 | $ 1,136.22 | $ 0.00 | $ 122.31 |
| 000005 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | $ 2,707.10 | $ 0.00 | $ 291.40 |
| 000006 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 7,353.58 | $ 0.00 | $ 791.57 |
| 000007 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ 16,088.35 | $ 0.00 | $ 1,731.82 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 4,808.33 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 430.13 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | $ 279.59 | $ 0.00 | $ 0.00 |
| 000009 | eCAST Settlement Corp, Assignee of Capital One, N.A.(BON TON)<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | $ 150.54 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                       Case No. 11-00045-DRC
Lindsey A. Brown                                             Chapter 7
Jill N. Brown
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: dross                 Page 1 of 2                   Date Rcvd: Aug 28, 2014
                              Form ID: pdf006             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2014.
db/jdb         +Lindsey A. Brown,    Jill N. Brown,    1050 s. Route 53,    Lombard, IL 60148-3227
16625870       +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
17183438        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16625873       +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16625874       +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
16625875      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Sd, Na,     Attn: Centralized Bankruptcy,    Po Box 20507,
                  Kansas City, MO 64195)
17048697       +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16625878       +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
16625882       +NBGL Carsons,    140 Industrial Dr.,    Elmhurst, IL 60126-1602
16625883       +Us Bank/N.A. ND,    Attn: Bankruptcy Dept,    Po Box 5229,    Cincinnati, OH 45201-5229
16625884       +Wells Fargo National Bank/TSA,    Po Box 182686,    Columbus, OH 43218-2686

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16625872       +Fax: 562-237-5198 Aug 29 2014 00:36:04      American First Credit,    700 N. Harbor Blvd.,
                 La Habra, CA 90631-4000
17029770        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2014 00:23:54
                 American InfoSource LP as agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
                 Oklahoma City, OK   73124-8840
17542526        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2014 00:25:20
                 American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
                 Oklahoma City, OK   73124-8840
17000754        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2014 00:24:15
                 American InfoSource LP as agent for WFNNB,    as assignee of,    Avenue,    PO Box 248872,
                 Oklahoma City, OK   73124-8872
19622529       +E-mail/Text: bnc@bass-associates.com Aug 29 2014 00:16:09      Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
16999783        E-mail/PDF: mrdiscen@discoverfinancial.com Aug 29 2014 00:21:26      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH   43054-3025
16625877       +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 29 2014 00:21:26      Discover Fin,    Po Box 6103,
                 Carol Stream, IL 60197-6103
17434718        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2014 00:25:20
                 FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
                 Oklahoma City, OK   73124-8809
18408352       +E-mail/Text: bnc@bass-associates.com Aug 29 2014 00:16:09      HSBC Bank Nevada, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
18408353       +E-mail/Text: bnc@bass-associates.com Aug 29 2014 00:16:10      HSBC Bank Nevada, N.A.(MENARDS),
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
16625880       +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 29 2014 00:16:24      Kohls,    Attn: Recovery Dept,
                 Po Box 3120,    Milwaukee, WI 53201-3120
20954231        E-mail/Text: bnc@bass-associates.com Aug 29 2014 00:16:10      eCAST Settlement Corp,,
                 Assignee of Capital One, N.A.(BON TON),    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
20362821       +E-mail/Text: bnc@bass-associates.com Aug 29 2014 00:16:10      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16625871*      +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
16625876*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Usa,     Attn.: Centralized Bankruptcy,    Po Box 20363,
                  Kansas City, MO 64195)
16625879*      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
16625881*      +Kohls,    Attn: Recovery Dept,    Po Box 3120,    Milwaukee, WI 53201-3120
                                                                                               TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: dross                 Page 2 of 2                  Date Rcvd: Aug 28, 2014
                              Form ID: pdf006             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2014                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2014 at the address(es) listed below:
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Jon N. Dowat    on behalf of Debtor Lindsey A. Brown tobadmin@comcast.net,
               atty_dowat@bluestylus.com
              Jon N. Dowat    on behalf of Joint Debtor Jill N. Brown tobadmin@comcast.net,
               atty_dowat@bluestylus.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```