**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| BROWN, LINDSEY A. | § | Case No. 11-00045 DRC |
| BROWN, JILL N. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 173,161.00<br>*(Without deducting any secured claims)* | Assets Exempt: 74,859.00 |
| Total Distributions to Claimants: 4,808.33 | Claims Discharged<br>Without Payment: 61,620.61 |
| Total Expenses of Administration: 1,668.58 | |

3) Total gross receipts of $ 6,476.91 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 6,476.91 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 173,161.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 270.89 | 1,668.58 | 1,668.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 60,151.00 | 45,098.94 | 45,098.94 | 4,808.33 |
| **TOTAL DISBURSEMENTS** | $ 233,312.00 | $ 45,369.83 | $ 46,767.52 | $ 6,476.91 |

4) This case was originally filed under chapter 7 on 01/03/2011 . The case was pending for 53 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/06/2015 By:/s/GINA B. KROL
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUND | 1229-000 | 6,476.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.91 |
| **TOTAL GROSS RECEIPTS** | | $ 6,476.91 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American First Credit 700 N. Harbor Blvd. La Habra, CA 90631 | | 2,213.00 | NA | NA | 0.00 |
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | 170,948.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $ 173,161.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 0.00 | 1,397.69 | 1,397.69 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 16.80 | 16.80 | 16.80 |
| ASSOCIATED BANK | 2600-000 | NA | 165.98 | 165.98 | 165.98 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 88.11 | 88.11 | 88.11 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 270.89 | $ 1,668.58 | $ 1,668.58 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355 | | 7,101.00 | NA | NA | 0.00 |
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 1,058.00 | NA | NA | 0.00 |
| | Hsbc Bank Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | 10,346.00 | NA | NA | 0.00 |
| | Kohls Attn: Recovery Dept Po Box 3120 Milwaukee, WI 53201 | | 1,547.00 | NA | NA | 0.00 |
| | Kohls Attn: Recovery Dept Po Box 3120 Milwaukee, WI 53201 | | 926.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NBGL Carsons 140 Industrial Dr. Elmhurst, IL 60126 | | 86.00 | NA | NA | 0.00 |
| | Us Bank/N.A. ND Attn: Bankruptcy Dept Po Box 5229 Cincinnati, OH 45201 | | 160.00 | NA | NA | 0.00 |
| | Wells Fargo National Bank/TSA Po Box 182686 Columbus, OH 43218 | | 106.00 | NA | NA | 0.00 |
| 000006 | AMERICAN EXPRESS CENTURION BANK | 7100-900 | 7,101.00 | 7,353.58 | 7,353.58 | 791.57 |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | NA | 203.11 | 203.11 | 21.86 |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | 4,922.00 | 6,112.82 | 6,112.82 | 658.01 |
| 000005 | CHASE BANK USA,N.A | 7100-900 | 160.00 | 2,707.10 | 2,707.10 | 291.40 |
| 000001 | DISCOVER BANK | 7100-900 | 10,689.00 | 11,067.63 | 11,067.63 | 1,191.36 |
| 000007 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-900 | 15,949.00 | 16,088.35 | 16,088.35 | 1,731.82 |
| 000004 | AMERICAN FIRST CREDIT | 7100-901 | NA | 1,136.22 | 1,136.22 | 122.31 |
| 000009 | ECAST SETTLEMENT CORP, | 7200-000 | NA | 150.54 | 150.54 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| 000008 | ECAST SETTLEMENT CORPORATION | 7200-000 | NA | 279.59 | 279.59 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 60,151.00 | $ 45,098.94 | $ 45,098.94 | $ 4,808.33 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 11-00045 DRC Judge: Donald R. Cassling
Case Name: BROWN, LINDSEY A.
BROWN, JILL N.
For Period Ending: 05/06/15

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 01/03/11 (f)
341(a) Meeting Date: 03/08/11
Claims Bar Date: 06/21/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PRIMARY RESIDENCE - 1050 S. RT. 53, LOMBARD, IL | 194,500.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT - BANK OF AMERICA | 850.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT - AMERICAN FIRST CREDIT UNION | 220.00 | 0.00 | | 0.00 | FA |
| 4. FURNITURE - COUCH, TABLE & CHAIRS, BEDS, APPLIANCE | 3,200.00 | 0.00 | | 0.00 | FA |
| 5. WORK CLOTHES AND CHILDREN'S CLOTHING | 550.00 | 0.00 | | 0.00 | FA |
| 6. CHARLES SCHWAB IRA | 1,200.00 | 0.00 | | 0.00 | FA |
| 7. FIDELITY 401(K) | 23,000.00 | 0.00 | | 0.00 | FA |
| 8. FIDELITY 401(K) | 14,000.00 | 0.00 | | 0.00 | FA |
| 9. 1995 BMW SERIES 5 - 130,000 MILES | 6,000.00 | 0.00 | | 0.00 | FA |
| 10. 2000 FORD F-150 - 89,000 MILES | 4,500.00 | 0.00 | | 0.00 | FA |
| 11. TAX REFUND (u) | 0.00 | 6,476.00 | | 6,476.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.91 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $248,020.00 | $6,476.00 | | $6,476.91 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is waiting for all checks to clear. Will file TDR
October 13, 2014, 04:18 pm
Trustee to review claims and file TFR
October 16, 2013, 04:57 pm

Initial Projected Date of Final Report (TFR): 12/31/20 Current Projected Date of Final Report (TFR): 07/31/14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 11-00045 DRC Judge: Donald R. Cassling
Case Name: BROWN, LINDSEY A.
BROWN, JILL N.

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 01/03/11 (f)
341(a) Meeting Date: 03/08/11
Claims Bar Date: 06/21/11

/s/ GINA B. KROL

______________________________ Date: 05/06/15

GINA B. KROL

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-00045 -DRC
Case Name: BROWN, LINDSEY A.
BROWN, JILL N.
Taxpayer ID No: *******5394
For Period Ending: 05/06/15

Trustee Name: GINA B. KROL
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******0402 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 6,382.99 | | 6,382.99 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.93 | 6,379.06 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.06 | 6,375.00 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.93 | 6,371.07 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.06 | 6,367.01 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,357.01 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 5.51 | 6,351.50 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,341.50 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,331.50 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,321.50 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,311.50 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,301.50 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,291.50 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,281.50 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,271.50 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,261.50 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,251.50 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,241.50 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,231.50 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,221.50 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 5.48 | 6,216.02 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,206.02 |
| 09/26/14 | 030003 | Gina B. Krol | Final Distribution | 2100-000 | | 1,397.69 | 4,808.33 |
| | | 105 W. Madison St. | Trustee Fees | | | | |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-00045 -DRC
Case Name: BROWN, LINDSEY A.
BROWN, JILL N.
Taxpayer ID No: *******5394
For Period Ending: 05/06/15

Trustee Name: GINA B. KROL
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******0402 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Suite 1100<br>Chicago, IL 60602 | | | | | |
| 09/26/14 | 030004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 1,191.36 | 3,616.97 |
| 09/26/14 | 030005 | American InfoSource LP as agent for WFNNB<br>as assignee of<br>Avenue<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Final Distribution | 7100-900 | | 21.86 | 3,595.11 |
| 09/26/14 | 030006 | American InfoSource LP as agent for Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Final Distribution | 7100-900 | | 658.01 | 2,937.10 |
| * 09/26/14 | 030007 | American First Credit<br>700 N. Harbor Blvd.<br>La Habra, CA 90631 | Final Distribution | 7100-903 | | 122.31 | 2,814.79 |
| 09/26/14 | 030008 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Final Distribution | 7100-900 | | 291.40 | 2,523.39 |
| 09/26/14 | 030009 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution<br>(6-1) CREDIT CARD DEBT | 7100-900 | | 791.57 | 1,731.82 |
| 09/26/14 | 030010 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Final Distribution | 7100-900 | | 1,731.82 | 0.00 |
| * 01/12/15 | 030007 | American First Credit<br>700 N. Harbor Blvd. | Final Distribution | 7100-903 | | -122.31 | 122.31 |

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-00045 -DRC
Case Name: BROWN, LINDSEY A.
BROWN, JILL N.
Taxpayer ID No: *******5394
For Period Ending: 05/06/15

Trustee Name: GINA B. KROL
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******0402 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | La Habra, CA 90631 | | | | | |
| 01/12/15 | 030011 | United States Bankruptcy Court<br>219 S. Dearborn St.<br>7th Floor<br>Chicago, IL 60604 | Final Distribution | 7100-901 | | 122.31 | 0.00 |

Account *******0402

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 0 | Deposits | 0.00 | 12 | Checks | | 6,217.01 |
| 0 | Interest Postings | 0.00 | 19 | Adjustments Out | | 165.98 |
| | | | 0 | Transfers Out | | 0.00 |
| | Subtotal | $ 0.00 | | | | |
| | | | | Total | $ | 6,382.99 |
| 0 | Adjustments In | 0.00 | | | | |
| 1 | Transfers In | 6,382.99 | | | | |
| | Total | $ 6,382.99 | | | | |

FORM 2

Page: 4

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-00045 -DRC
Case Name: BROWN, LINDSEY A.
BROWN, JILL N.
Taxpayer ID No: *******5394
For Period Ending: 05/06/15

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******3921 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/21/11 | 11 | Lindsey & Jill Brown<br>1050 S. Rte. 53<br>Lombard, IL 60148 | | 1229-000 | 6,476.00 | | 6,476.00 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 6,476.01 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,476.06 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,476.12 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,476.17 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,476.22 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,476.28 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,476.33 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,476.39 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.25 | 6,468.14 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,468.19 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.97 | 6,460.22 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,460.27 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.96 | 6,452.31 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,452.37 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.46 | 6,443.91 |
| 02/06/12 | 000301 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 5.81 | 6,438.10 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,438.15 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.65 | 6,430.50 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,430.55 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.91 | 6,422.64 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,422.69 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.16 | 6,414.53 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,414.58 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.15 | 6,406.43 |

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-00045 -DRC
Case Name: BROWN, LINDSEY A.
BROWN, JILL N.
Taxpayer ID No: *******5394
For Period Ending: 05/06/15

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******3921 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,406.48 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.61 | 6,398.87 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,398.93 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.39 | 6,390.54 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,390.59 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 7.60 | 6,382.99 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 6,382.99 | 0.00 |

Account *******3921

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 1 | Deposits | 6,476.00 | 1 | Checks | | 5.81 |
| 18 | Interest Postings | 0.91 | 11 | Adjustments Out | | 88.11 |
| | | | 1 | Transfers Out | | 6,382.99 |
| | Subtotal | $ 6,476.91 | | | | |
| | | | | Total | $ | 6,476.91 |
| 0 | Adjustments In | 0.00 | | | | |
| 0 | Transfers In | 0.00 | | | | |
| | Total | $ 6,476.91 | | | | |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-00045 -DRC
Case Name: BROWN, LINDSEY A.
BROWN, JILL N.
Taxpayer ID No: *******5394
For Period Ending: 05/06/15

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******3921 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Report Totals

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 1 | Deposits | 6,476.00 | 13 | Checks | | 6,222.82 |
| 18 | Interest Postings | 0.91 | 30 | Adjustments Out | | 254.09 |
| | | | 1 | Transfers Out | | 6,382.99 |
| | Subtotal | $ 6,476.91 | | | | |
| | | | | Total | $ | 12,859.90 |
| 0 | Adjustments In | 0.00 | | | | |
| 1 | Transfers In | 6,382.99 | | | | |
| | Total | $ 12,859.90 | | Net Total Balance | $ | 0.00 |

/s/ GINA B. KROL

Trustee's Signature: ______________________ Date: 05/06/15

GINA B. KROL